IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASHLEY JEAN ARNOLD<br>a/k/a Steven Roy Arnold,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC D. WILSON, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:13-cv-900<br>)  (LMB/TRJ)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56, defendants Eric D. Wilson, Charles E. Samuels, Jr., Dr. Jorge Vazquez-Velazquez, and Dr. Donald Lewis, in their official and individual capacities, through their undersigned counsel, respectfully move to dismiss the plaintiff's complaint and for summary judgment in their favor. The grounds for this motion are fully explained in the memorandum of law filed with this motion.

Dated: April 11, 2014

Respectfully submitted,

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By:       /s/
BENJAMIN T. HICKMAN
Special Assistant U.S. Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3700
Fax:      (703) 299-3983
Email: benjamin.hickman@usdoj.gov

        DENNIS C. BARGHAAN, JR.
        Assistant U.S. Attorney
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3700
        Fax:       (703) 299-3983
        Email: dennis.barghaan@usdoj.gov

        *Attorneys for Defendants*

Of Counsel:    Jennifer Dannels, Attorney
                  Federal Bureau of Prisons

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2014, I will file the foregoing via CM/ECF and serve the foregoing via U.S. Mail on the following non-filing user:

>Ashley Jean Arnold 58434-083
>a/k/a Steven Roy Arnold
>FCI Petersburg Medium
>Federal Correctional Institution
>P.O. Box 1000
>Petersburg, VA 23804

>/s/
>BENJAMIN T. HICKMAN
>Special Assistant U.S. Attorney
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Telephone: (703) 299-3770
>Fax:         (703) 299-3983
>Email:  benjamin.hickman@usdoj.gov