IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Ashley Jean Arnold <br> a/k/a Steven Roy Arnold, <br>     Plaintiff, <br><br> v. <br><br> Eric D. Wilson, et al., <br>     Defendants. | 1:13cv900 (LMB/TRJ) |

## ORDER

Ashley Jean Arnold, a/k/a Steven Roy Arnold, a federal inmate proceeding pro se, has filed a civil rights action, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), alleging that defendants were deliberately indifferent to her serious medical needs in violation of her Eighth Amendment right to be free of cruel and unusual punishment and discriminated against her on the basis of gender in violation of the Equal Protection Clause of the Fourteenth Amendment. Now before the Court is plaintiff's Motion for Expansion of Time to respond to defendants' joint Motion to Dismiss. Plaintiff seeks an additional twenty-one (21) days to review the affidavits and prison records defendants' attached to their motion. For good cause shown, plaintiff's Motion for Expansion of Time will be granted. Plaintiff is cautioned that additional requests for extensions of time will not be granted absent a showing of extraordinary circumstances.

Accordingly, it is hereby

ORDERED that plaintiff's Motion for Expansion of Time, (Docket # 39), be and is GRANTED, and plaintiff shall have twenty-one (21) days from the entry of this Order to respond to defendants' joint Motion to Dismiss.

The Clerk is directed to send a copy of this Order to plaintiff and to counsel of record for defendants.

Entered this 15th day of May 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge