IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Ashley Jean Arnold a/k/a Steven Roy Arnold, Plaintiff, | ) ) ) ) |
| v. | ) 1:13cv900 (LMB/TRJ) ) |
| Eric D. Wilson, et al., Defendants. | ) ) ) |

ORDER

Ashley Jean Arnold, a/k/a Steven Roy Arnold, a federal inmate proceeding pro se, has filed a civil rights action, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), alleging that defendants were deliberately indifferent to her serious medical needs in violation of her Eighth Amendment right to be free of cruel and unusual punishment and discriminated against her on the basis of gender in violation of the Equal Protection Clause of the Fourteenth Amendment. Now before the Court is plaintiff's Motion to Appoint Counsel, which will be denied.

A court may request an attorney to represent an indigent plaintiff proceeding in forma pauperis. 28 U.S.C. § 1915(e)(1). The Fourth Circuit, however, has limited the appointment of counsel to cases where "exceptional circumstances" exist, such as cases with particularly complex factual and legal issues or with a litigant who is unable to represent herself adequately. Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984). It is unnecessary at this time to appoint counsel for plaintiff, as plaintiff has made no showing of "exceptional circumstances" in her case that would warrant appointment of counsel. In addition, to date, plaintiff has ably filed her

complaint and motions. Thus, plaintiff's request for the appointment of counsel will be denied, without prejudice to renewal at a later stage of the proceedings, if appropriate.

Accordingly, it is hereby

ORDERED that plaintiff's Motion for Appointment of Counsel (Docket # 43) be and is DENIED, WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to plaintiff and to counsel of record for defendants.

Entered this 13th day of June 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge