IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASHLEY JEAN ARNOLD<br>a/k/a Steven Roy Arnold,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC D. WILSON, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:13-cv-900<br>)   (LMB/TRJ)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO SEAL A PORTION
OF PLAINTIFF'S OPPOSITION MEMORANDUM**

The defendants respectfully move the Court to seal a portion of plaintiff Ashley Arnold's memorandum in opposition to the defendants' motion to dismiss and for summary judgment (Dkt. 44). The grounds are explained in the attached memorandum.

Dated: June 20, 2014

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:      /s/
BENJAMIN T. HICKMAN
Special Assistant U.S. Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3700
Fax:        (703) 299-3983
Email: benjamin.hickman@usdoj.gov


DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
Justin W. Williams U.S. Attorney's Building

          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Telephone: (703) 299-3700
          Fax:  (703) 299-3983
          Email: dennis.barghaan@usdoj.gov

          *Attorneys for Defendants*

OF COUNSEL:  Jennifer Dannels, Attorney
        Federal Bureau of Prisons

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 20, 2014, I will file the foregoing via CM/ECF and serve the foregoing via U.S. Mail on the following non-filing user:

> Ashley Jean Arnold 58434-083
> a/k/a Steven Roy Arnold
> FCI Petersburg Medium
> Federal Correctional Institution
> P.O. Box 1000
> Petersburg, VA 23804

> /s/
> BENJAMIN T. HICKMAN
> Special Assistant U.S. Attorney
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Telephone: (703) 299-3770
> Fax:       (703) 299-3983
> Email:  benjamin.hickman@usdoj.gov