IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASHLEY JEAN ARNOLD ) <br> a/k/a Steven Roy Arnold, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC D. WILSON, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:13-cv-900 <br> (LMB/TRJ) |

**MOTION TO SUBSTITUTE EXHIBITS**

The defendants respectfully move to substitute Exhibit 1 of their reply memorandum in support of their motion to dismiss and for summary judgment. The grounds are explained in the attached memorandum.

Dated: June 20, 2014         Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:         /s/
BENJAMIN T. HICKMAN
Special Assistant U.S. Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3700
Fax:        (703) 299-3983
Email: benjamin.hickman@usdoj.gov


DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue

                    Alexandria, Virginia 22314
                    Telephone: (703) 299-3700
                    Fax:       (703) 299-3983
                    Email: dennis.barghaan@usdoj.gov

                    *Attorneys for Defendants*

OF COUNSEL:      Jennifer Dannels, Attorney
                       Federal Bureau of Prisons

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 20, 2014, I will file the foregoing via CM/ECF and serve the foregoing via U.S. Mail on the following non-filing user:

>Ashley Jean Arnold 58434-083
>a/k/a Steven Roy Arnold
>FCI Petersburg Medium
>Federal Correctional Institution
>P.O. Box 1000
>Petersburg, VA 23804

>_____/s/_____
>BENJAMIN T. HICKMAN
>Special Assistant U.S. Attorney
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Telephone: (703) 299-3770
>Fax:          (703) 299-3983
>Email:  benjamin.hickman@usdoj.gov