IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASHLEY JEAN ARNOLD<br>a/k/a Steven Roy Arnold,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC D. WILSON, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:13-cv-900<br>)  (LMB/TRJ)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On consideration of the defendants' motion for an extension of time to file a response to the plaintiff's motion to amend her complaint, it is **ORDERED** that the motion is **GRANTED**. The defendants' deadline to file a response is October 20, 2014.

Date: September 29, 2014

/s/ _____
Leonie M. Brinkema
United States District Judge